AO 93 (Rev. 11/13) Search and Seizure Warrant

# UNITED STATES DISTRICT COURT
for the
Southern District of Ohio

In the Matter of the Search of )
)
U.S. Postal Service Priority Mail parcel bearing label no. 9505 ) Case No. 2:20-mj-480
5148 5394 0189 5839 89 addressed to "T. Floyd, 18008 Timber )
Ln, Marysville, OH 43040." )
)
)

## SEARCH AND SEIZURE WARRANT

To: Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the    Southern    District of    Ohio, Eastern Division
*(identify the person or describe the property to be searched and give its location)*:

U.S. Postal Service Priority Mail parcel bearing label no. 9505 5148 5394 0189 5839 89 addressed to "T. Floyd, 18008 Timber Ln. Marysville, OH 43040."

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized)*:

A quantity of a controlled substance and/or proceeds which are evidence thereof, and/or contraband, in violation of Title 21, United States Code, Sections 841(a)(1) and 843(b).

YOU ARE COMMANDED to execute this warrant on or before    7-27-20    *(not to exceed 14 days)*
☑ in the daytime 6:00 a.m. to 10:00 p.m.    ☐ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to    Any MJ
*(United States Magistrate Judge)*

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
☐ for     days *(not to exceed 30)*    ☐ until, the facts justifying, the later specific date of

Date and time issued:    7-13-20 @ 2:41pm

*Judge's signature*

City and state:    COLUMBUS, OHIO    CHELSEY M. VASCURA, U.S. MAGISTRATE JUDGE
*Printed name and title*

AO 93 (Rev. 11/13) Search and Seizure Warrant (Page 2)

## Return

| Case No.: | Date and time warrant executed: | Copy of warrant and inventory left with: |
|---|---|---|
| 20-mj-480 | 7/13/20 - 2:45PM | |

Inventory made in the presence of: D. Johnson, Postal Inspector

Inventory of the property taken and name of any person(s) seized:

6-3 lbs of Marijuana and THC Product.

mj
mj   mj
mj

## Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 7/16/20

Executing officer's signature

MOHAMED A. SABRAH, U.S. POSTAL INSPECTOR
Printed name and title